## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>AZURE DEVELOPMENT, INC.<br><br>Debtor | Case No. 23-00462-(ESL) |
| AZURE DEVELOPMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>TRIANGLE CAYMAN ASSET CO.<br><br>Defendants | Adversary Proceeding<br><br>No. 23-00026 |

### MOTION SUBMITTING SUMMONS

COMES NOW, Plaintiff, through its undersigned counsel, and respectfully states and requests:

1. On April 17, 2023, Plaintiff filed a complaint against the captioned defendant.

2. On April 18, 2023, the Clerk of the Court issued the summons directed to the defendant.

3. Plaintiff is attaching hereto the summon served on the defendants by Mr. Jesús Ruiz Vázquez together with the complaint.

**WHEREFORE**, it is respectfully requested that the attached summons be made part of the record of this case.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the Office of the United States Trustee, and all CM/ECF participants.

San Juan, Puerto Rico this 9th day of May 2023

s/Charles A. Cuprill-Hernandez
USDC-PR 114312
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street - Second Floor
San Juan, PR 00901
Tel.: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com

**UNITED STATES BANKRUPTCY COURT**
*District of Puerto Rico*

| | |
|---|---|
| IN THE MATTER OF:<br><br>AZURE DEVELOPMENT INC<br><br>Debtor(s) | Case No. 23-00462<br><br>Chapter 11 |
| AZURE DEVELOPMENT INC<br>Plaintiff(s)<br><br>v.<br><br>TRIANGLE CAYMAN ASSET CO.<br>Defendant | ADVERSARY NUMBER 23-00026<br><br>FILED & ENTERED ON 4/18/23 |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

CHARLES ALFRED CUPRILL
CHARLES A CURPILL, PSC LAW OFFICE
356 CALLE FORTALEZA
SECOND FLOOR
SAN JUAN, PR 00901

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THIS COMPLAINT.



WILMA JAIME
Clerk of the Court

By: JOSE ROMO (Deputy Clk)

Case:23-00026-ESL Doc#:3 Filed:04/18/23 Entered:04/18/23 07:24:58 Desc: Official
Adv Summons Page 2 of 2

## CERTIFICATION OF SERVICE

I, Jesus Ruiz (name), certify that service of this summons and a copy of the complaint was made 4/28/23 (date) by:

[ ] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
221 Ponce Leon Suite 1204 SJ PR 00917

[√] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:
A. Triangle cayman asset company P/C
Hector Silent Jr.

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows:[Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 4/28/23    Signature

Print Name: Jesus Ruiz Vazquez

Business Address: 405 Ap. Esmeralda
2-150
Guaynabo PR 00969