IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-00462-ESL11 |
| AZURE DEVELOPMENT INC | Chapter 11 |
| Debtor | ADVERSARY NUMBER: 23-00026-ESL |
| AZURE DEVELOPMENT INC | |
| Plaintiff | |
| TRIANGLE CAYMAN ASSET COMPANY | |
| Defendant | FILED & ENTERED ON JUN/07/2023 |

ORDER GRANTING UNOPPOSED MOTION

    This case is before the Court on the following: Motion to dismiss adversary proceeding, filed by Triangle Cayman Asset Co., docket #7.

    Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted. Judgment will be entered dismissing the complaint.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 7 day of June, 2023.

*Enrique S. Lamoutte*
United States Bankruptcy Judge