IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-00462-ESL11 |
| AZURE DEVELOPMENT INC | Chapter 11 |
| Debtor | ADVERSARY NUMBER: 23-00026-ESL |
| AZURE DEVELOPMENT INC | |
| Plaintiff | |
| TRIANGLE CAYMAN ASSET COMPANY | |
| Defendant | |
| | FILED & ENTERED ON JUN/07/2023 |

JUDGMENT

Upon the order entered on June 7, 2023 (see docket #10), it is now

ORDERED, ADJUDGED AND DECREED that the instant case be, and it is hereby dismissed with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of June, 2023.

*Enrique S. Lamoutte*
United States Bankruptcy Judge