# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>AZURE DEVELOPMENT, INC.<br><br>      Debtor.<br>_____<br><br>AZURE DEVELOPMENT, INC.<br>Plaintiff<br><br>v.<br><br>TRIANGLE CAYMAN ASSET COMPANY<br>Defendant | Case No. 23-00462 (ESL)<br><br>Chapter 11<br><br>Adversary Proceeding No. 23-00026<br><br>Re: Extension of Automatic Stay |

## **MOTION TO WITHDRAW LEGAL REPRESENTATION**

**TO THE HONORABLE COURT:**

    **COMES NOW** defendant, Triangle Cayman Asset Company "Triangle" represented by the undersigned counsel, and respectfully prays and states as follows:

    1.    The undersigned, who has appeared as Triangle's counsel in the above-captioned matter alongside counsel Luis C. Marini-Biaggi and Ignacio J. Labarca-Morales, will cease working at Marini Pietrantoni Muñiz LLC effective July 21st, 2023.

    2.    Considering the above, it is respectfully requested that the Honorable Court enter an order allowing for the withdrawal of the undersigned as counsel of record for Triangle. Attorneys Marini-Biaggi and Labarca-Morales will continue as Triangle's counsel in this matter.

    **CERTIFICATE OF SERVICE**: I certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

    **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of July 2023.

                                              **M | P | M MARINI PIETRANTONI MUÑIZ LLC**
                                              250 Ponce de León Ave., Suite 900
                                              San Juan, PR 00917
                                              Tel: (787) 705-2171
                                              Fax: (787) 936-7494

                                              *s/Paula T. De Felice Alejandro*
                                              Paula T. De Felice Alejandro
                                              USDC No. 307607
                                              Email: pdefelice@mpmlawpr.com